# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-3 ASSET-BACKED CERTIFICATES SERIES 2007-3,

Plaintiff,

vs.

SATICOY BAY LLC SERIES 3930 SWENSON, *et al.*,

Defendants.

Case No. 2:17-cv-00463-APG-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Lift Stay (ECF No. 15), filed on October 13, 2017. To date, no party has filed an opposition to this motion and the time for opposition has now expired. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Lift Stay (ECF No. 15) is **granted**.

DATED this 30th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge