WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-3 Asset-Backed Certificates Series 2007-3*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-3 ASSET-BACKED CERTIFICATES SERIES 2007-3,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 3930 SWENSON; WIMBLEDON TENNIS CLUB HOMEOWNERS ASSOCIATION; HOMEOWNER ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-00463-APG-GWF<br><br>**MOTION TO WITHDRAW PATRICK J. DAVIS, ESQ. AS ATTORNEY OF RECORD** |

EDGAR C. SMITH, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby requests that Patrick J. Davis, Esq. be withdrawn as counsel of record in the above-referenced matter. Patrick J. Davis, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of February 16, 2018, and no longer represents Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-3 Asset-Backed Certificates Series 2007-3.

The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117, will remain as counsel of record for Plaintiff, U.S. Bank National

Association, as Trustee for GSAA Home Equity Trust 2007-3 Asset-Backed Certificates Series 2007-3. For the reason that Mr. Davis is no longer associated with the law firm of WRIGHT, FINLAY & ZAK, LLP, counsel asks that this motion be granted and that Patrick J. Davis, Esq. be withdrawn as counsel of record and removed from the service list.

DATED this ____ day of February, 2018.

        WRIGHT, FINLAY & ZAK, LLP

        */s/Edgar C. Smith, Esq.*
        Edgar C. Smith, Esq.
        Nevada Bar No. 5506
        7785 W. Sahara Ave., Suite 200
        Las Vegas, NV 89117
        (702) 475-7964; Fax: (702) 946-1345
        esmith@wrightlegal.net
        *Attorney for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-3 Asset-Backed Certificates Series 2007-3*

## **ORDER**

IT IS HEREBY ORDERED that the Motion to Withdraw Patrick J. Davis, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED this day of ___February 22___, 2018.

        _____
        UNITED STATES MAGISTRATE JUDGE