MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay LLC
Series 3930 Swenson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-3 ASSET-BACKED CERTIFICATES SERIES 2007-3,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 3930 SWENSON; WIMBLEDON TENNIS CLUB HOMEOWNERS ASSOCIATION; HOMEOWNER ASSOCIATION SERVICES, INC.<br><br>Defendants. | CASE NO.: 2:17-cv-00463-APG-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE DISPOSITIVE MOTIONS (First Request)** |

IT IS STIPULATED AND AGREED by and between plaintiff U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-3 Asset-Backed Certificates Series 2007-3 ("plaintiff"), by and through its attorney, Ed Smith, Esq., and defendant Saticoy Bay, LLC Series 3930 Swenson ("defendant"), by and through its attorney the Law Offices of Michael F. Bohn, Esq., Ltd., as follows:

1. The deadline to file dispositive motions is currently August 8, 2018.

2. Plaintiff and defendant shall have until August 15, 2018 to file dispositive motions.

3. This is the first extension to which the parties have sought regarding this motion. The parties seek additional time due to the press of business as counsel has deadlines in this matter as well as other cases, and due to ongoing settlement discussions between the parties. This extension is not intended to

1

delay these proceedings and granting this request will not prejudice any party.

DATED this 8th day of August, 2018.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD. |
|---|---|
| By: /s/ /Edgar C. Smith, Esq./<br>Edgar C. Smith, Esq.<br>7785 West Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br>*Attorney for plaintiff U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-3 Asset-Backed Certificates Series 2007-3* | By: /s/ /Michael F. Bohn, Esq. /<br>Michael F. Bohn, Esq.<br>Adam R. Trippiedi, Esq.<br>2260 Corporate Circle, Suite 480,<br>Henderson, Nevada 89074<br>*Attorney for defendant Saticoy Bay, LLC Series 3930 Swenson* |

IT IS SO ORDERED this 13th day of August, 2018.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

2