# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>SATICOY BAY LLC SERIES 3930 SWENSON, et al.,<br><br>Defendants | Case No.: 2:17-cv-00463-APG-GWF<br><br>**Order Dismissing Defendant Wimbledon Tennis Club Homeowners Association and Homeowners Association Services, Inc. and Directing Entry of Judgment** |

I previously granted summary judgment in favor of defendant Saticoy Bay LLC Series 3930 Swenson. ECF No. 40. I also directed the parties to file a status report regarding what remains of the case, particularly with respect to the defaulted defendants, Wimbledon Tennis Club Homeowners Association and Homeowners Association Services, Inc. *Id.* The parties filed a status report in which U.S. Bank indicated that it does not intend to pursue its claims against the defaulted defendants and requested that they be dismissed without prejudice. ECF No. 41.

IT IS THEREFORE ORDERED that plaintiff U.S. Bank National Association's claims against defendants Wimbledon Tennis Club Homeowners Association and Homeowners Association Services, Inc. are DISMISSED without prejudice.

IT IS FURTHER ORDERED that the clerk of court is instructed to enter judgment in favor of defendant Saticoy Bay LLC Series 3930 Swenson and against plaintiff U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-3 Asset-Backed Certificates Series 2007-3 as follows: It is hereby declared that Saticoy Bay LLC Series 3930 Swenson is the title owner of the property commonly known as 3930 Swenson Street #903, Las Vegas, Nevada 89119, free and clear of any lien or deed of trust held by U.S. Bank National

Association, as Trustee for GSAA Home Equity Trust 2007-3 Asset-Backed Certificates Series 2007-3.

DATED this 29th day of October, 2018.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE